IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEFFREY ALLEN WESTGARD, JEFFERY A. WESTGARD,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>DAVID E. PRASCH, an individual; and WERNER CONSTRUCTION, Inc., A Nebraska Corporation;<br><br>　　　　　　Defendants. | **4:13CV3099**<br><br>**ORDER** |

　　　　The motion to permit Timothy R. Hook of Engles, Ketcham, Olson & Keith, P.C., to withdraw from representation of Defendant Werner Construction, Inc., (filing no. 46), is granted.

　　　　Dated this 6th day of August, 2014.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge