IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEFFERY A. WESTGARD,          )<br>                                                         )<br>           Plaintiff,                    )<br>                                                         )<br>     v.                                              )<br>                                                         )<br>DAVID E. PRASCH, an individual,   )<br>and WERNER CONSTRUCTION,      )<br>Inc., A Nebraska Corporation,         )<br>                                                         )<br>           Defendants.                )<br>                                                         ) | 4:13CV3099<br><br><br><br><br>**JUDGMENT** |

Pursuant to the parties' joint Stipulation for Dismissal With Prejudice (Filing 57) and Fed. R. Civ. P. 41,

IT IS ORDERED that this action is dismissed with prejudice to a future action, each party to pay their own costs, and complete record waived.

DATED this 7th day of January, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge